PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CORTES JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:22-cv-01344-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from July 20, 2023 to August 21, 2023.  Defendant respectfully requests this additional time because undersigned counsel has a larger than normal workload, including four district court briefs due on July 14, one brief due on July 17, a hearing scheduled for July 17.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before August 21, 2023;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before September 11, 2023).

Respectfully submitted,

DATE: July 6, 2023        */s/ Jonathan Omar Pena* *
JONATHAN OMAR PENA
Attorney for Plaintiff
(* approved via email on 7/6/23)

PHILLIP A. TALBERT
United States Attorney

DATE: July 6, 2023     By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

Pursuant to stipulation and good cause appearing, the Scheduling Order shall be modified as follows:

- Defendant shall file a response to Plaintiff's opening brief **on or before August 21, 2023**;
- Plaintiff shall file an optional reply **within 20 days of the filing of Defendant's brief (on or before September 11, 2023)**.

IT IS SO ORDERED.

Dated:   **July 7, 2023**                /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

2